# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
MARK DENNIS KLATT  
CARMEN MARIE KLATT  
7043 WEURFUL DR  
CANAL WINCHESTER, OH  43110  

Case No:   05-55108  

Judge:   CHARLES M. CALDWELL  

SSN(S):    XXX-XX-9669  
           XXX-XX-4444  

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  June 15, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| AFNI/VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | 18.17 |